[ * 101 ]                        ———


## *JOSEPH HALL, Appellant, *versus* WILLIAM HALL, Administrator.

An administrator, to support his charges in an administration account for payment
of taxes, must produce the receipt of the collector.   Quære if he must not also
prove the assessment of the taxes.

THIS was an appeal from a decree of the judge of probate for
this county.

The contest in this case was relative to several *items* of charge in
the account of the administrator which had been allowed by the
judge; among which were divers charges for moneys paid to a
collector of taxes assessed on the estate of the intestate.   The ad-
ministrator did not produce receipts from the collector, but his
counsel offered to prove by the testimony of a witness that the taxes

had been paid by the administrator to the collector, according to *those items* of charge in the account.

The whole Court (*Strong, Sedgwick, Sewall,* and *Thacher,* justices) were clearly of opinion that the evidence offered was not the best evidence which the nature of the case admitted ; that the receipts of the collector were better evidence than the evidence offered ; (*a*) which might be obtained, and should therefore be produced. *Strong* and *Sedgwick,* justices, said that they were strongly inclined to think that the assessment of the taxes ought also to be proved, that it might appear to the Court that they were a legal claim on the administrator. The other two justices seemed to think it would be sufficient to produce the receipts of the collector without proving the assessment.

*L. Wheaton* and *Sproat* for the appellant.

*B. Whitman* for the administrator.

(*a*) [The receipts of the collector were not alone evidence of the amount paid. This could only be proved by the collector or another witness.—ED.]